UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALTER GREEN AND I.B., A MINOR, BY AND THROUGH HER MOTHER AND NEXT FRIEND, VANETRA GREEN,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN PABLO, ET AL.,<br><br>Defendant. | Case No. 4:20-CV-6715-YGR<br><br>ORDER GRANTING PETITION FOR APPROVAL OF MINOR'S COMPROMISE AND CONDITIONALLY DISMISSING CASE UPON SETTLEMENT<br><br>Re: Dkt. No. 33 |

Petitioner Vanetra Green, guardian ad litem for minor plaintiff I.B., has filed a petition for an order approving the compromise of minor I.B.'s claim. (Dkt. No. 33.)[1] Defendants have filed a notice of non-opposition to the petition. (Dkt. No. 35.) Having carefully reviewed the papers filed in support of the petition, including the declarations of plaintiffs' counsel, the Court finds that the terms of the settlement to be reasonable and in the best interest of the minor. Accordingly, the petition for approval of the minor's compromise is **GRANTED**.

In light of the foregoing, it is **ORDERED** that this case is **DISMISSED** and any remaining dates or deadlines set in this matter are **VACATED**. It is further **ORDERED** that if any party certifies to this Court, with proper notice to opposing counsel within ninety (90) days from the date below, that this case should be reopened, this order shall be vacated and this case shall be restored to the calendar for further proceedings.

This Order terminates Docket Numbers 33.

**IT IS SO ORDERED.**

Dated: **November 2, 2021**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

---

[1] The Court has determined that the petition is appropriate for decision without oral argument, as permitted by Civil Local Rule 7-1(b) and Federal Rule of Civil Procedure 78. *See also Lake at Las Vegas Investors Group, Inc. v. Pacific Malibu Dev. Corp.*, 933 F.2d 724, 728–29 (9th Cir. 1991). Accordingly, the Court **VACATES** the hearing set for November 9, 2021.